# Exhibit 2

US00D927161S

## (12) United States Design Patent
### Frain Terras

(10) Patent No.: **US D927,161 S**
(45) Date of Patent: ** **Aug. 10, 2021**

(54) **FOOTWEAR UPPER**

(71) Applicant: **Deckers Outdoor Corporation**, Goleta, CA (US)

(72) Inventor: **Helene Anne Frain Terras**, Santa Barbara, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/712,480**

(22) Filed: **Nov. 8, 2019**

(51) **LOC (13) Cl.** .............................................. 02-04
(52) **U.S. Cl.**
USPC .......................................... **D2/970**; D2/910
(58) **Field of Classification Search**
USPC ................ D2/896, 901–905, 909–916, 918, D2/919–922, 923–925, 935, 943, 944, D2/961, 969, 970, 971, 979; 36/83, 84
CPC .............. A43B 23/022; A43B 23/0225; A43B 23/0235; A43B 23/024; A43B 23/027; A43B 23/04; A43B 23/045; A43B 23/047; A43B 23/00; A43B 23/02; A43B 23/0205; A43B 23/021; A43B 23/0215; A43B 3/02; A43B 3/04; A43B 3/06; A43B 3/08; A43B 1/00; A43B 1/02; A43B 1/04; A43B 1/06; A43B 1/08; A43B 1/10; A43B 1/14; A43B 5/00; A43B 5/002; A43B 5/006; A43B 5/04; A43B 5/0401; A43B 5/0405; A43B 5/06; A43B 5/08; A43B 5/10; A43B 5/16; A43B 5/1616; A43B 11/00; A43B 11/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D33,991 S | * | 1/1901 | Watkinson | ...................... | D2/910 |
| 1,104,357 A | * | 7/1914 | Hassel | ...................... | A43B 3/14 36/11 |
| 1,502,559 A | * | 7/1924 | Giblin | ...................... | A43B 3/101 36/17 A |
| 1,663,376 A | * | 3/1928 | Koller | ...................... | A43B 3/101 36/9 R |
| D138,222 S | * | 7/1944 | Camerle | ...................... | D2/921 |
| D139,147 S | * | 10/1944 | Britton | ...................... | D2/910 |
| D146,929 S | * | 6/1947 | Silver | ...................... | D2/910 |
| D168,744 S | * | 2/1953 | Hiestand | ...................... | D2/924 |
| D227,197 S | * | 6/1973 | Fukuoka | ...................... | D2/910 |

(Continued)

FOREIGN PATENT DOCUMENTS

CN 304964897 * 12/2018

OTHER PUBLICATIONS

UGG, style "UGG Classic Mini"; on sale or in public use at least as early as Aug. 2006, www.zappos.com/ugg-classic-mini-sand.

(Continued)

*Primary Examiner* — Elizabeth J Oswecki
*Assistant Examiner* — Yelizaveta Y Masalimova
(74) *Attorney, Agent, or Firm* — Greer, Burns & Crain, Ltd.

(57) **CLAIM**

The ornamental design for a footwear upper, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a footwear upper showing my new design;
FIG. **2** is a side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines in FIGS. **1-7** represent portions of the footwear that form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D256,178 S | * | 8/1980 | Rigon | .................... | A43B 3/101 |
| | | | | | D2/910 |
| D319,332 S | * | 8/1991 | Itzkowitz | ...................... | D2/910 |
| D529,269 S | * | 10/2006 | Belley | ............................ | D2/970 |
| D561,983 S | * | 2/2008 | FitzGerald | ..................... | D2/909 |
| D608,987 S | * | 2/2010 | Taplin | ............................ | D2/909 |
| D612,587 S | * | 3/2010 | Wang | ............................. | D2/910 |
| D640,450 S | * | 6/2011 | Exton | ..................... | A43B 3/02 |
| | | | | | D2/910 |
| D648,928 S | * | 11/2011 | Flenley | ......................... | D2/910 |
| D668,026 S | * | 10/2012 | Zacharias | ...................... | D2/910 |
| D704,426 S | * | 5/2014 | Dillenbeck | .................... | D2/970 |
| D755,494 S | * | 5/2016 | Todd | .............................. | D2/970 |
| D768,974 S | * | 10/2016 | MacIntyre | ..................... | D2/970 |
| D772,548 S | * | 11/2016 | Radabaugh | .................... | D2/970 |
| D774,736 S | * | 12/2016 | Shen | .............................. | D2/924 |
| D790,186 S | * | 6/2017 | Chung | ........................... | D2/970 |
| D861,314 S | * | 10/2019 | Kim | ................................ | D2/970 |
| D861,316 S | * | 10/2019 | Prochmann | .................... | D2/972 |
| D863,737 S | * | 10/2019 | Goetgeluk | ..................... | D2/909 |
| 2011/0225849 A1 | * | 9/2011 | Zubyk | ...................... | A43B 3/02 |
| | | | | | 36/136 |
| 2017/0164681 A1 | * | 6/2017 | Frank | ..................... | A43B 3/101 |
| 2018/0103728 A1 | * | 4/2018 | Koo | ......................... | A43D 8/16 |

OTHER PUBLICATIONS

UGG, style "UGG Classic Mini II"; On sale or in public use at least as early as Dec. 2017, https://www.zappos.com/p/ugg-classic-mini-ii/product/8733926.

\* cited by examiner



FIG. 1

FIG. 2



FIG. 3



FIG. 4    FIG. 5



FIG. 6

FIG. 7